IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**VIRGINIA BLAND**
    **Plaintiff**,

vs.                                                                                    Civil Action No. 1:23-cv-00093

**FAY SERVICING, LLC,**
    **Defendant**.

## **DISMISSAL ORDER**

This day came Plaintiff Virginia Bland and Defendant Fay Servicing, LLC and announced to the Court that all claims between them have been settled and compromised thereupon,

It is ORDERED that the claims of Plaintiff and Defendant set forth in the Complaint in the above-styled action, and all claims related thereto, are dismissed with prejudice and the action is stricken from the docket.

It is so ORDERED.

Dated: 10/9/24

                                                  Thomas S. Kleeh, Chief Judge
                                                  Northern District of West Virginia

Agreed to by:

*/s/   **Benjamin M. Sheridan***
Benjamin M. Sheridan (WVSB #11296)
Jed Nolan (WVSB #10833)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T: (304)562-7111
F: (304)562-7115
*Counsel for Plaintiff*


 */s/      **Randall L. Saunders***
Randall L. Saunders (WVSB # 10162)
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
P.O. Box 1856
Huntington, West Virginia 25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599
*Counsel for Fay Servicing, LLC*